UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 08-17501-BKC-EPK
                                                    Chapter 7
SHIRLEY JEAN KING,

      Debtor.
_____/
DEBORAH C. MENOTTE, Trustee in Bankruptcy
for Shirley Jean King,

      Plaintiff,
vs.
                                        Adv.Proc.No.: 09-01592-BKC-EPK

SHIRLEY JEAN KING, HOMER KING,
AND JP MORGAN CHASE & CO.

      Defendant.
_____/

### EMERGENCY EX-PARTE VERIFIED MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SCHEDULING HEARING TO CONSIDER PRELIMINARY INJUNCTION

**EMERGENCY HEARING REQUESTED**

Statement pursuant to Local Rule 9075-1

Exigent Circumstances: This is an action to avoid and recover the post petition transfer of funds, which are property of the estate, into a non-disclosed joint checking account of the Debtor and the Debtor's husband. The Debtor received such funds from a homeowners insurance check from the State Farm Florida Insurance Company, in the amount of $33,422.66 ("Insurance Check"). Based on Shirley and Homer King's joint checking account at JP Morgan Chase & Co. f/k/a Washington Mutual Bank, F.A. ("JP Morgan Chase"), on June 11, 2008, the Debtor deposited $34.091.92 into the Debtor's joint checking account at JP Morgan

RM:6437506:1

1

Chase post petition which the Trustee believes was the funds from the Insurance Check. The Debtor has spent a portion of the funds from the Insurance Check located in the joint checking account at JP Morgan Chase despite the Trustee's numerous attempts seeking turnover of such funds. Absent a temporary restraining order, the estate will be damaged to the extent that the funds from the Insurance Check in the Defendants' JP Morgan Chase joint checking account are property of the estate. The Trustee requests that Shirley King, Homer King, and JP Morgan Chase be enjoined from allowing the withdrawal, use, transfer, or any other dissipation or disposition, in any manner whatsoever, of any funds or credits that remain on deposit in any JP Morgan Chase account for Shirley and Homer King up to a total sum of $33,422.66. The Trustee requests a hearing as soon as possible.

Certification. This matter is not capable of being resolved by consent. The undersigned requests the entry of a TRO for a period of ten (10) days. The undersigned also requests that the Court schedule an evidentiary hearing on this Motion within ten (10) days to determine whether an injunction is warranted.

Deborah C. Menotte, Trustee, the duly appointed, qualified and acting Chapter 7 Trustee for the Bankruptcy Estate of Shirley Jean King, by and through his undersigned counsel and pursuant to 11 U.S.C. § 105 and Rule 7065 Federal Bankruptcy Procedure, respectfully requests that this Court enter: (1) A Temporary Restraining Order as and against the Defendants, Shirley King, Homer King, and JP Morgan Chase; and (2) Schedule a further hearing on this Motion to determine whether an injunction is warranted. In support of this Motion, Trustee, Deborah C. Menotte state as follows:

## MATERIAL FACTUAL BACKGROUND

1. This is an adversary proceeding brought by **Deborah C. Menotte, Trustee in Bankruptcy for Shirley Jean King,** ("Trustee") for turnover of property pursuant to 11 U.S.C. §542, to avoid and recover post petition transfer pursuant to 11 U.S.C. § 549, to recover and avoid transfer pursuant to 11 U.S.C. §550, and sues Shirley King, Homer King, and JP Morgan Chase for injunctive relief.

2. This Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 157

RM:6437506:1

2

and 1334(b).

3. This a core proceeding for which the Court is authorized to hear and determine all matters regarding this case in accordance with 28 U.S.C. § 157(b)(2)(A) and (E).

4. This voluntary Chapter 7 proceeding was filed by the Debtor on June 5, 2008 ("Petition Date").

5. The Defendant, Shirley King ("Debtor"), is over the age of 18 and is otherwise *sui juris*.

6. The Defendant, Homer King, is over the age of 18, is the husband of the Debtor, and is otherwise *sui juris*.

7. The Defendant, JP Morgan Chase & Co. f/k/a Washington Mutual Bank, F.A. is a Foreign Corporation registered to do business in Florida, is doing business in Palm Beach County, Florida and is otherwise subject to the jurisdiction of this Court.

8. On or around June 3, 2008, the Debtor received a homeowners insurance check from State Farm Florida Insurance Company, in the amount of $33,422.66 ("Insurance Check"). Such funds are property of the Bankruptcy estate pursuant to 11 U.S.C. §541.

9. A true and correct copy of the Insurance Check is attached hereto as **Exhibit 1**.

10. On December 12, 2008, the Trustee filed her Motion for Turnover of the Insurance Check (DE #28).

11. On January 29, 2009, the Debtor filed a Motion to Continue the Hearing on the Trustee's Motion for Turnover of the Insurance Check (DE #33).

12. On January 30, 2009, the Court entered an Order Granting the Trustee's Motion for Turnover of the Insurance Check ("Order Granting Trustee's Turnover of Insurance Check") (DE #34).

13. On February 19, 2009, the Debtor filed a Motion to Reconsider the Court Order Denying the Motion to Continue Hearing on the Trustee's Motion for Turnover of Property (DE #41), whereby the Debtor wanted a continuance to prove that the Insurance Check also belonged to her husband.

14. On February 23, 2009, the Court denied the Debtor's January 29, 2009 Motion to Reconsider (DE #42).

RM:6437506:1

15. On March 5, 2009, after a evidentiary hearing, the Court denied the Debtor's February 19, 2009 Motion to Reconsider (DE #47).

16. The Trustee has repeatedly sought turnover of the Insurance Check, beginning at the first meeting of creditors, and all dates thereafter.

17. On April 3, 2009, the Trustee's counsel conducted the Rule 2004 Examination of the Debtor. The Debtor informed the Trustee's counsel that she gave a portion of the funds from the Insurance Check to her husband, Homer King who may have had an account at Washington Mutual Bank. Washington Mutual Bank later became JP Morgan Chase.

18. The Debtor also testified at the Rule 2004 Examination that she deposited a portion of the funds from the Insurance Check into her account with Commerce Bank.

19. Based on the statements made by the Debtor that Homer King had an account at Washington Mutual Bank, on April 17, 2009, the Trustee's counsel issued a subpoena on Washington Mutual Bank for any and all bank statements and cancelled checks for all accounts in the name of Shirley and/or Homer King.

20. Pursuant to the records provided by JP Morgan Chase, the Debtor and Homer King hold a joint checking account with that bank. A true and correct copy of the most recent bank statement for the joint account at JP Morgan Chase showing the amount of funds left in the joint account is attached hereto as **Exhibit 2.**

21. The joint checking account at JP Morgan Chase was never disclosed on the Debtor's Schedules. Further, the Debtor has failed to provide any banking statements from JP Morgan Chase to the Trustee.

22. On June 10, 2008, the Debtor deposited $31,422.66 into the Debtor's joint account at JP Morgan Chase with Homer King, which contained the funds from the Insurance Check. A true and correct copy of the JP Morgan Chase statement showing the deposit of the Insurance Check is attached hereto as **Exhibit 3.**

23. Upon information and belief, the Debtor withdrew $2,000.00 of the Insurance Check prior to depositing the funds into her joint checking account with Homer King.

24. On May 29, 2009, the Trustee's counsel conducted the Rule 2004 Examination of Homer King.

RM:6437506:1

25. Homer King testified that he was not aware that the Debtor received the Insurance Check or that the funds were deposited into his joint checking account with the Debtor.

26. Homer King testified that the Debtor does have access to the parties joint checking account, however, he does not have control over how the Debtor spends money from the joint checking account and he does not know how the Debtor spent the funds from the Insurance Check.

27. The Debtor has knowingly and willfully failed to turn over the funds from the Insurance Check in the amount of $33,422.66 and has spent a portion of the Insurance Check, which constitutes property of the bankruptcy estate.

## STANDARDS FOR A TEMPORARY RESTRAINING ORDER

28. A Temporary Restraining Order ("TRO") is needed to protect the estate. The standards for issuance of a TRO in this circuit are set forth herein.

29. In the Eleventh Circuit, a movant must demonstrate (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable harm to the movant absent the injunction, (3) that the threatened harm to the movant outweighs any harm defendant(s) might suffer, and (4) the public interest will not be adversely affected. *Laube v. Haley*, 234 F.Supp. 2d 1227, 1230 (M.D. Ala. 2002), citing *Frio Ice, S.A. v. Sunfruit, Inc.*, 918 F.2d 154, 159 (11th Cir. 1990). *Accord, McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1306, (11th Cir. 1998); *Henkel v. Lickman (In Re Lickman)*, 286 B.R. 821, 828-29 (Bankr. M.D. Fla. 2002).

### The Trustee is Highly Likely to Succeed on the Merits

30. As alleged in this adversary proceeding and set forth herein, the Insurance Check is property of the estate which the Debtor attempted to transfer post petition to Homer King. The Plaintiff brought an action against Shirley and Homer King for turnover of property pursuant to 11 U.S.C. §542, to avoid and recover post petition transfer pursuant to 11 U.S.C. § 549, to recover and avoid transfer pursuant to 11 U.S.C. §550, and sued Shirley King, Homer King, and JP Morgan Chase for injunctive relief, which should have a high likelihood of success on the merits. The Court has already found that such funds are estate property and the Trustee is unaware of any reason for why such funds should not be returned to the estate.

RM:6437506:1

### Irreparable Harm and Balancing of Hardships

31. The potential harm to the Plaintiff from a failure to grant the injunctive relief sought herein outweighs any potential harm to the Defendants, Shirley King, Homer King, and JP Morgan Chase if the injunctive relief is granted. Without the issuance of this Temporary Injunction, the Defendants, Shirley King, Homer King, and JP Morgan Chase will be free to withdraw, transfer or further dissipate the Insurance Check in the amount of $33,422.66 which was improperly transferred from the Debtor to the Defendant, Homer King. This prevents the Trustee from recovering the Insurance Check which is property of the estate. Homer King testified that he is not aware of how the Debtor spent the Insurance Check and that he has no control over how the Debtor spends funds from the joint checking account at JP Morgan Chase. Thus, the Plaintiff will suffer immediate irreparable injury, loss or damage and she does not have an adequate remedy at law because if the funds from the Insurance Check in the amount of $33,422.66 are not enjoined, the funds from the Insurance Check in the Defendants' JP Morgan Chase joint checking account will be dissipated.

32. The joint checking account of the Debtor and Homer King containing the funds from the Insurance Check is an asset of the estate that was never disclosed on the Debtor's Schedules. Since the joint checking account contains the funds from the Insurance Check, it remains to be property of estate and the Trustee seeks to obtain an injunction to freeze the dissipation of such funds, even though the joint checking account is in the names of both the Debtor and Homer King.

33. "[T]he central purpose of a preliminary injunction is to prevent irreparable harm. It is the threat of harm which cannot be undone which authorizes the exercise of this equitable power before the merits are fully determined." *Lickman*, **286 B.R. at 829**. This is exactly what the Plaintiff faces here: the threat of further and perhaps irreversible transfers of a valuable asset of the estate, that asset being the funds from the Insurance Check located at JP Morgan Chase. The Debtor has already been ordered to turnover such funds to the Trustee which she has failed and refused to do.

34. The Defendants, Shirley King, Homer King, and JP Morgan Chase have no interest that counterbalances the harm to the estate.

RM:6437506:1

**Public Interests**

35. The issuance of a temporary restraining order and preliminary injunction in this case will not adversely affect the public interest and will benefit the public interest by maintaining the status quo and preventing the continued conversion, withdrawal and dissipation of funds that remain on deposit in the Defendants' joint checking account at JP Morgan Chase.

**WHEREFORE**, the Plaintiff, **Deborah C. Menotte, Trustee in Bankruptcy for Shirley Jean King**, by and through undersigned counsel, respectfully requests this Court (a) enter a Temporary Restraining Order for a period of ten (10) days, pursuant to 11 U.S.C. §105 and Rule 7065 Fed. R. Bankr. P., enjoining the Defendants, Shirley King, Homer King, and JP Morgan Chase from allowing the withdrawal, use, transfer, or any other dissipation or disposition, in any manner whatsoever, of any funds or credits that remain on deposit in the joint checking account at JP Morgan Chase for Shirley and Homer King up to a total sum of $33,422.66, (b) scheduling a hearing on this Motion within the next ten (10) days, (c) granting this Motion, (d) enter a preliminary injunction, and (e) granting such further relief as this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).

**DATED** this the 3rd day of June, 2009.

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.

Michael R. Bakst, Esq.
Florida Bar No.: 866377
Marla B. Neufeld, Esq.
Florida Bar No.: 046262
**Attorneys for the Trustee**
222 Lakeview Ave., Suite 800
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423
Email:michael.bakst@ruden.com
marla.neufeld@ruden.com

**I HEREBY CERTIFY** that the statements contained in this verified complaint are true and correct to the best of my knowledge, information and belief.

DEBORAH C. MENOTTE, TRUSTEE

Sworn to and subscribed before me this ____ day June, 2009, Deborah C. Menotte, who is personally known to me.

Notary Public, State of Florida



DENISE C. GENTRY
MY COMMISSION # DD453297
EXPIRES: July 21, 2009
(407) 398-0153
Florida Notary Service.com

RM:6437506:1

8

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@ruden.com, FL65@ecfcbis.com;Efile2557@ruden.com;Efile2556@ruden.com

- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com

- Marla B Neufeld    efile1542@ruden.com, efile2550@ruden.com;efile2565@ruden.com

**Manual Notice List**

Shirley Jean King and Homer King
422 SW 4 Ave
Boyton Beach, FL 33435

JP Morgan Chase
222 Lakeview Ave.
West Palm Beach FL 33401

JP Morgan Chase & Co.
C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

RM:6437506:1

9



PAGE 2/3 * RCVD AT 4/15/2009 2:43:45 PM [Eastern Daylight Time] * SVR:FTLWEB1/12 * DNIS:3444 * CSID: * DURATION (mm-ss):01-24

04/15/09 WED 13:36 FAX  ☒003

PROC. CTR - MIAMI, FL
009 4033 01 1

WAMU BK FL
>267091263<
06-11-08

663187513
PROCESSING BANK
SVC-005 06122008

**MUST BE ENDORSED BY ALL PAYEES**

Homer & King
& O. King

This Notice Only Applies to Vendors and Service Providers

By endorsing the payee of this item on, you agree not to use or disclose any personal customer information obtained from us unless necessary for the services we requested.

CHASE ✧
WaMu    *Deposit accounts now held by JPMorgan Chase Bank, N.A.*                    **YOUR PLATINUM CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 03/06/09
Through: 04/06/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

HOMER L KING
SHIRLEY JEAN KING
422 SW 4TH AVE
BOYNTON BEACH FL 33435-4835

Beginning March 30th, Washington Mutual branches in California will be rebranded to the Chase name. While these branches will have the Chase logo, they have not yet converted banking systems which will happen later this year. Please continue to use these branches for deposits and payments on your accounts until we notify you that additional locations are available.

## Your Platinum Checking Detail Information

HOMER L KING            Account Number:
SHIRLEY JEAN KING       Washington Mutual Bank, FA

For determining Platinum Checking End of Month balance for monthly fee waiver, we also include eligible balances of: 1) WaMu branded credit cards issued by Chase Bank USA; and 2) linked annuities and other investments through WaMu Investments, Inc. It may not reflect the actual Total Account Value of your linked WaMu Investments account. See your WaMu Investments statement. Securities (incl. mutual funds and variable annuities) and investment advisory services are offered through WaMu Investments, Inc. Annuities and insurance products are provided by various insurance companies and offered through WaMu Investments, Inc. and, in CA, through WMFS Insurance Services, Inc. WaMu Investments, Inc., a member of FINRA/SIPC, and WMFS Insurance Services, Inc. are affiliates of JPMorgan Chase Bank, N.A.
INVESTMENTS AND INSURANCE PRODUCTS ARE: NOT A DEPOSIT, NOT FDIC INSURED, NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY, NOT GUARANTEED BY THE BANK and MAY GO DOWN IN VALUE.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $19,254.50 | Interest Earned | $0.17 |
| Checks Paid | -$1,758.09 | Annual Percentage Yield Earned | 0.01% |
| Other Withdrawals | -$2,798.41 | YTD Interest Paid | $1.51 |
| Deposits | +$3,864.59 | YTD Interest Withheld | $0.00 |
| Ending Balance | $18,562.59 | | |

**Platinum Relationship**
Average Balance                                  $37,997.64
(the prior calendar month's average combined daily ending
balance of the Platinum Checking and all linked deposit accounts
+ the prior calendar month's end of month balance of any other
linked account)
End of Month Balance                             $36,727.06
(Platinum Checking and all linked accounts – prior calendar
month's end of month balance)

Exhibit 2

8 03-S-RC                          Page 1 of 4              Deposits are FDIC Insured  

7782     XAGR     001     07     06   040609     PAGE 1 of 4     C0LR725C  7253   3200   01AA7782


Deposit accounts now held by JPMorgan Chase Bank, N.A.

**This Statement Covers**
**Account Number:**
From: 03/06/09
Through: 04/06/09

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/06 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $27.86 | |
| 03/06 | PBC BD CNTY COMM PAYROLL | | $1,168.90 |
| 03/09 | POS WALGREEN COM 1634 SOUTH FEDERAL BOYNTON BEACH FL | $27.68 | |
| 03/09 | MC-A1A FOOD & GAS BOYNTON BEACH FL | $25.07 | |
| 03/10 | MC-WM SUPERCENTER BOYNTON BEACH FL | $52.32 | |
| 03/10 | HSBC MORTGAGE 3 CHECKPAYMT 3714 | $697.58 | |
| 03/11 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $26.64 | |
| 03/11 | MC-WM SUPERCENTER BOYNTON BEACH FL | | $4.98 |
| 03/11 | MC-WM SUPERCENTER BOYNTON BEACH FL | $32.83 | |
| 03/11 | AT&T SERVICES CHECKPAYMT 3715 | $49.39 | |
| 03/12 | MC-HBC*HOTEL RESERVATIONS 877-477-7441 CT | $11.10 | |
| 03/12 | Mc-Hbc*Hotel Reservations 877-477-7441 Ct | $244.53 | |
| 03/13 | Mc-Ross Store #347 Boynton Bch FL | $101.12 | |
| 03/16 | MC-WINN-DIXIE #0259 BOYNTON BEACH FL | $34.28 | |
| 03/16 | MC-MNI*CREDITRPT MNTR SVC A | $12.95 | |
| 03/16 | MC-FT PIERCE TRUCK STO Q39 FORT PIERCE FL | $29.88 | |
| 03/16 | MC-GATE 1136 Q80 WHITE SPRINGS FL | $30.73 | |
| 03/17 | MC-PUBLIX #346 BOYNTON BEACH FL | $2.69 | |
| 03/17 | Mc-Thrifty Rent A Car.Pb1 Delray Beach FL | $185.12 | |
| 03/18 | MC-HBC*HOTEL RESERVATIONS 877-477-7441 CT | | $163.02 |
| 03/18 | MC-PUBLIX #346 BOYNTON BEACH FL | $9.18 | |
| 03/19 | MC-ROSS STORE #347 BOYNTON BCH FL | | $39.39 |
| 03/19 | MC-KMART 3269 LANTANA FL | $31.15 | |
| 03/20 | PBC BD CNTY COMM PAYROLL | | $1,168.91 |
| 03/20 | MC-WOOLBRIGHT VALERO Q17 BOYNTON BEACH FL | $10.00 | |
| 03/23 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $22.38 | |
| 03/23 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $26.09 | |
| 03/23 | POS LOWE'S #1111 1500 CORPORATE DRIVE BOYNTON BEACH FL | $7.53 | |
| 03/23 | MC-PUBLIX #346 BOYNTON BEACH FL | $4.06 | |
| 03/23 | MC-PUBLIX #346 BOYNTON BEACH FL | $14.44 | |
| 03/24 | MC-WOOLBRIGHT VALERO Q17 BOYNTON BEACH FL | $25.05 | |
| 03/27 | MC-WM SUPERCENTER BOYNTON BEACH FL | $84.53 | |
| 03/27 | FPL PAYMENT CTR BILL PYMT 3723 | $186.14 | |
| 03/27 | AT&T MOBILITY CHECK PYMT 3727 | $142.55 | |
| 03/30 | MC-AT&T N073 | $85.19 | |
| 03/30 | MC-WALGREENS 6 Q03 BOYNTON BEACH FL | $11.94 | |
| 03/30 | AT&T SERVICES CHECKPAYMT 3725 | $56.49 | |
| 03/31 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $31.19 | |
| 03/31 | MC-WM SUPERCENTER BOYNTON BEACH FL | $48.91 | |
| 04/01 | Customer Deposit | | $99.55 |
| 04/01 | MC-PUBLIX #346 BOYNTON BEACH FL | $9.15 | |
| 04/02 | MC-BARNES & NOBLE BOYNTON BEACH FL | $27.68 | |
| 04/03 | PBC BD CNTY COMM PAYROLL | | $1,199.67 |

Deposits are FDIC Insured 



**This Statement Covers**
**Account Number:**
From: 03/06/09
Through: 04/06/09

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 04/03 | MC-TODAYS | $14.95 | |
| 04/03 | MC-TEL-DRUG OF PA LLC HORSHAM PA | $40.00 | |
| 04/06 | ATM-NCHG S2A07445 1300 W LANTANA RD LANTANA FL | $200.00 | |
| 04/06 | MC-WM SUPERCENTER BOYNTON BEACH FL | $73.04 | |
| 04/06 | MC-WOOLBRIGHT VALERO Q17 BOYNTON BEACH FL | $25.00 | |
| 04/06 | Interest Payment | | $0.17 |
| 04/06 | Service Charge | $20.00 | |
| 04/06 | Refund Service Charge | | $20.00 |

### Checks Paid
*indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 3610 | 04/06 | $200.00 | 3724* | 03/27 | $35.10 |
| 3720* | 03/12 | $519.67 | 3726* | 03/27 | $51.24 |
| 3721 | 03/11 | $649.65 | 3728* | 03/30 | $20.00 |
| 3722 | 03/30 | $244.00 | 3729 | 03/30 | $38.43 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges           $0.00
Non-Sufficient Funds charges   $0.00

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.





P.O. BOX 2437
CHATSWORTH, CA 91313-2437

**YOUR PLATINUM CHECKING STATEMENT**

**This Statement Covers**
From: 06/06/08
Through: 07/07/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

HOMER L KING
SHIRLEY JEAN KING
422 SW 4TH AVE
BOYNTON BEACH FL 33435-4835

## Your Platinum Checking Detail Information

HOMER L KING
SHIRLEY JEAN KING

Account Number:
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $11,221.17 | Interest Earned | $41.25 |
| Checks Paid | -$1,664.09 | Annual Percentage Yield Earned | 1.30% |
| Other Withdrawals | -$4,614.64 | YTD Interest Paid | $68.29 |
| Deposits | +$34,091.92 | YTD Interest Withheld | $0.00 |
| **Ending Balance** | $39,034.36 | | |

**Platinum Relationship**
Average Balance $40,637.27
(the prior calendar month's average combined daily ending balance of the Platinum Checking and all linked deposit accounts + the prior calendar month's end of month balance of any other linked account)

End of Month Balance $61,672.70
(Platinum Checking and all linked accounts – prior calendar month's end of month balance)

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 06/06 | MC-WINN-DIXIE      BOYNTON BEACH FL | $4.66 | |
| 06/09 | POS ADVANCE STOR 1480 SW 8TH ST BOYNTON BEACH FL | $62.98 | |
| 06/09 | ATM-NCHG       5 1300 W LANTANA RD LANTANA FL | $200.00 | |
| 06/09 | POS COSTCO GAS# 1873 W. LANTANA RO LANTANA FL | $63.14 | |
| 06/09 | MC-PUBLIX #196 BOYNTON BEACH FL | $35.55 | |
| 06/09 | MC-PUBLIX #397 BOYNTON BEACH FL | $12.01 | |
| 06/09 | MC-TODAYSESCAPE      4541 CT | $14.95 | |
| 06/10 | Customer Deposit | | $31,422.66 |

Exhibit 3

5 03-E-RC
Page 1 of 3

Deposits are FDIC Insured 
000017196

X



**This Statement Covers**
**Account Number:**

From: 06/06/08
Through: 07/07/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 06/10 | MC-SHELL OIL  BOYNTON BEACH FL | $40.17 | |
| 06/12 | MC-TEL-DRUG OF PA LLC HORSHAM PA | $20.00 | |
| 06/13 | PBC BD CNTY COMM PAYROLL X | | $1,447.27 |
| 06/13 | MC-HESS  Q38 MELBOURNE FL | $50.01 | |
| 06/13 | MC-TELDRUG INC SIOUX FALLS SD | $70.00 | |
| 06/16 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $52.46 | |
| 06/16 | ATM-NCHG  ? LAKEWORTH RD LAKEWORTH FL | $200.00 | |
| 06/16 | MC-MNI*CREDITRPT SERVICES  CA | $12.95 | |
| 06/16 | MC-TEL-DRUG OF PA LLC HORSHAM PA | $40.00 | |
| 06/16 | FPL PAYMENT CTR BILL PYMT 3600 | $190.29 | |
| 06/17 | MC-PRIVACYMATTER776168924  CT | $29.95 | |
| 06/17 | AT&T MOBILITY CHECK PYMT 3604 | $34.75 | |
| 06/18 | MC-PUBLIX #346 BOYNTON BEACH FL | $8.87 | |
| 06/19 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $45.19 | |
| 06/19 | MC-PRIVACYMAT  CT | $1.00 | |
| 06/19 | MC-WM SUPERCENTER BOYNTON BEACH FL | $31.11 | |
| 06/20 | MC-OLD HARBOR Q96 DELRAY BEACH FL | $15.00 | |
| 06/24 | ATM-NCHG S  6492 LAKEWORTH RD LAKEWORTH FL | $100.00 | |
| 06/24 | MC-DEBTHELPER.COM  ) FL | $50.00 | |
| 06/25 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $58.29 | |
| 06/25 | MC-PUBLIX #397 BOYNTON BEACH FL | $34.40 | |
| 06/25 | MC-WINN-DIXIE #0259 BOYNTON BEACH FL | $6.43 | |
| 06/26 | MC-WAL-MART #2789 BOYNTON BEACH FL | $51.78 | |
| 06/26 | MC-TUPPEN'S MARINE & TACK LAKEWORTH FL | $32.21 | |
| 06/27 | PBC BD CNTY COMM PAYROLL ) | | $1,094.65 |
| 06/27 | AT&T SERVICES CHECKPAYMT 3608 | $43.60 | |
| 06/30 | POS COSTCO GAS # 1873 W. LANTANA RO LANTANA FL | $51.30 | |
| 06/30 | POS COSTCO WHSE 1873 W LANTANA ROA LANTANA FL | $41.38 | |
| 06/30 | POS LOWE'S  0 CORPORATE DRIVE BOYNTON BEACH FL | $63.03 | |
| 06/30 | POS WAL-MART #27 3200 OLD BOYNTON ROAD BOYNTON BEAC FL | $72.54 | |
| 06/30 | POS BEALLS DEPT 9903 MILITARY TRAIL BOYNTON BEACH FL | $44.29 | |
| 06/30 | POS WAL-MART #13 4545 HYPOLUXO ROAD LAKE WORTH FL | $29.19 | |
| 06/30 | POS A1A DISCOUNT 109 E BOYTON BEACH BLV BOYNTON BEACH FL | $26.00 | |
| 06/30 | MC-LOWES #01111* BOYNTON BEACH FL | | $15.48 |
| 06/30 | MC-PUBLIX #346 BOYNTON BEACH FL | $15.75 | |
| 06/30 | HSBC MORTGAGE 3 CHECKPAYMT 3606 | $953.71 | |
| 07/02 | POS EXXONMOBIL ENERGY MART I BOYNTON FL | $70.57 | |

Deposits are FDIC Insured

000017197



This Statement Covers
Account Number: 1
From: 06/06/08
Through: 07/07/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 07/02 | A ......... 1 S FEDERAL HWY BOYNTON BCH FL | $200.00 | |
| 07/02 | STATE FARM RO 27 PYMT 3607 | $408.46 | |
| 07/02 | STATE FARM RO 27 PYMT 3609 | $462.12 | |
| 07/03 | Mc-Economy Meats Lake Worth FL | $117.66 | |
| 07/07 | ATM· S FEDERAL HWY BOYNTON BCH FL | $200.00 | |
| 07/07 | MC-WAL-MART ¿ BOYNTON BEACH FL | | $9.59 |
| 07/07 | MC-BUY FIX IT | | $41.02 |
| 07/07 | MC-99 CENT STUFF BOYNTON BEACH FL | $63.84 | |
| 07/07 | MC-WAL-MART #2789 BOYNTON BEACH FL | $156.77 | |
| 07/07 | MC-CVSPHARMACY #5205 Q03 BOYNTON BEACH FL | $6.28 | |
| 07/07 | Interest Payment | | $41.25 |
| 07/07 | Service Charge | $20.00 | |
| 07/07 | Refund Service Charge | | $20.00 |

### Checks Paid
*Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 3595 | 06/30 | $519.65 | 3602 | 06/10 | $545.65 |
| 3599* | 06/06 | $125.00 | 3605* | 06/20 | $47.81 |
| 3601* | 06/11 | $425.98 | | | |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges     $0.00
Non-Sufficient Funds charges    $0.00

Your Overdraft Limit as of the statement end date: $1,000.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

Did you know according to the Federal Trade Commission, identity theft is one of the fastest growing crimes in the United States? With WaMu's **ID Theft Inspect** ® services, we help you protect: your credit, your identity and your assets. For more information go to wamu.com and search for "ID" or visit any WaMu branch to enroll today!

Switch to online statements; it's an easy, reliable way to organize and store account records and help save the environment. We'll store your official statements for 7 years and you can also save them to your computer or print them as needed. Simply log on to wamu.com and go to statement delivery options to switch to FREE online statements.

TEACH YOUR OLD 401K TO ROLL OVER. Your old account actually can learn new tricks. And it's easier than you think. In just a few minutes your money can start doing some pretty impressive things. So come in today. And sit.

Page 3 of 3          Deposits are FDIC Insured
000017198